

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2019

No. 04-19-00358-CR

Wesley Byron **BIERHALTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2010-CR-B
Honorable William Old, Judge Presiding

# **O R D E R**

D'Lois Jones' Notification of Late Reporter's Record is this date NOTED. The Reporter's Record is due on December 20, 2019.

It is so **ORDERED** on November 25, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court